FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 0 8 2025

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

JUHISANI JUNELLE TAHIR ANGOL
A/K/A JUG
A/K/A JUGG

Criminal Indictment

No. **1:25CR314**

**UNDER SEAL**

THE GRAND JURY CHARGES THAT:

Between on or about April 30, 2024 and August 26, 2024, in the Northern District of Georgia and elsewhere, the defendant, JUHISANI JUNELLE TAHIR ANGOL A/K/A JUG A/K/A JUGG, aided and abetted by others known and unknown to the Grand Jury, did knowingly receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of any merchandise, article, and object, that is, a semi-automatic firearm equal to no more than .50 caliber, prior to exportation, knowing the same to be intended for exportation contrary to the any law and regulation of the United States, to wit, Title 50, United States Code, Section 4819 and Title 15, Code of Federal Regulations, Parts 774 and 738, all in violation of Title 18, United States Code, Section 554(a) and Section 2.

**Forfeiture Provision**

Upon conviction of the offense alleged in this Indictment, the defendant, JUHISANI JUNELLE TAHIR ANGOL A/K/A JUG A/K/A JUGG, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all firearms and ammunition used or involved in the commission of the offense and any property,

real or personal, which constitutes or is derived from proceeds traceable to the violation, including, but not limited to, a forfeiture money judgment, that is, a sum of money in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in this Indictment.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without undue complexity or difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A _____ █████ _____ BILL

_____ _____

FOREPERSON

THEODORE S. HERTZBERG
 *United States Attorney*

*Noah R. Schechtman*
NOAH R. SCHECHTMAN
 *Assistant United States Attorney*
Georgia Bar No. 937828

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181